# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

ERIC CHRISTOPHER MARTIN, JR.,

      Plaintiff,

    v.

CHATHAM COUNTY SHERIFF'S
OFFICE, et al.,

      Defendants.

4:23-cv-143

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12, to which no objections have been filed. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **CONSOLIDATES** this case with CV423-174. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 16 day of October, 2023.

 

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA